ACCEPTED
03-15-00078-CV
5432033
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/27/2015 12:24:15 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00078-CV

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

5/27/2015 12:24:15 PM

JEFFREY D. KYLE
Clerk

_____

CHRIS BELL,
*Appellant*

v.

REPUBLICAN GOVERNORS ASSOCIATION,
*Appellee*

_____

ON APPEAL FROM THE
261ST JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS

_____

**APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, Chris Bell, files this Unopposed Motion to Extend Time to File Reply Brief and in support would respectfully show as follows:

1.     Appellant's reply brief is currently due on June 1, 2015.

2.     Appellant requests an additional fourteen (14) days to file his reply brief, extending the time to **June 15, 2015**.

3.     Appellant needs additional time to file his reply brief because the undersigned has a brief due in this Court on June 5, 2015, in Case No. 03-15-

AUS-6110664-1 523389/1

00259-CV, styled *Becky, Ltd. v. The City of Cedar Park, et al*.  In addition, the parties are engaged in settlement negotiations.

4.      This request is not for purpose of delay, but so that justice may be done and this Court may be fully informed of all factual and legal information relevant to the proper disposition of this appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this Court grant his Motion for Extension of Time to File Reply Brief on or before June 15, 2015.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By */s/ Elizabeth G. Bloch*
    ELIZABETH G. BLOCH
    State Bar No. 02495500
    Heidi.bloch@huschblackwell.com
    THOMAS H. WATKINS
    State Bar No. 20928000
    Tom.Watkins@huschblackwell.com
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701-4093
    (512) 472-5456 (Telephone)
    (512) 479-1101 (Facsimile)

    ATTORNEYS FOR APPELLANT

AUS-6110664-1 523389/1

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she has consulted with Terry Scarborough, counsel for Appellee, and he has indicated that Appellee is not opposed to this motion.

*/s/ Elizabeth G. Bloch*

ELIZABETH G. BLOCH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the 27th day of May, 2015, via the Court's electronic filing system and/or facsimile to the following:

Terry L. Scarborough    (512) 482-6891 (fax)
Hance Scarborough, LLP
111 Congress Ave., Suite 500
Austin, Texas 78701

*/s/ Elizabeth G. Bloch*

AUS-6110664-1 523389/1